```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DAVID A. TAYLOR,                     :
                                     :
              Plaintiff,             :    08 Civ. 150(JSR)
                                     :
         -v-                         :         ORDER
                                     :
CITY OF NEW YORK DEPARTMENT OF       :
HOUSING PRESERVATION AND DEVELOPMENT :
et al.,                              :
                                     :
              Defendants.            :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    The Court is in receipt of a letter from plaintiff, dated June 27, 2008, requesting additional time to file objections to Magistrate Judge Gorenstein's Report and Recommendation. The request is hereby granted. Any written objection must be filed with the Clerk of the U.S. District Court by Monday, August 4, 2008. No further extensions will be granted.

    SO ORDERED.

                                                   JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 1, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-08