UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DAVID A. TAYLOR,                     :
                                     :
              Plaintiff,             :         08 Civ. 150 (JSR)
                                     :
         -v-                         :             ORDER
                                     :
CITY OF NEW YORK DEPARTMENT OF       :
HOUSING PRESERVATION and             :
DEVELOPMENT, et al.,                 :
                                     :
              Defendants.            :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-08

        On June 19, 2008, the Honorable Gabriel W. Gorenstein, United

States Magistrate Judge, issued a Report and Recommendation

("Report") in the above-captioned matter recommending that the Court

grant defendants' motion to dismiss and enter judgment in defendants'

favor.  On July 1, 2008, the Court granted plaintiff's request for

additional time to serve and file any objections to the Report, and

on July 22, 2008, plaintiff timely filed his objections.

Accordingly, the Court has reviewed the motion and the underlying

record de novo.  Having done so, and having thoroughly considered

plaintiff's objections, the Court finds itself in complete agreement

with Magistrate Judge Gorenstein's excellent Report and hereby adopts

it by reference.  Accordingly, for the reasons stated in the Report,

the Court grants defendants' motion and dismisses plaintiff's

complaint with prejudice.  Clerk to enter judgment.

        SO ORDERED.

Dated:  New York, NY
        October 1, 2008          JED S. RAKOFF, U.S.D.J.